UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-22941-CV-LEIBOWITZ

**GREGORY WELCH**,

    *Petitioner*,

v.

**PAM BONDI, UNITED STATES ATTORNEY GENERAL**,

    *Respondent*.

_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on Petitioner Gregory Welch's *pro se* Motion for Extension of Time [ECF No. 10], and Motion to File an Amended Petition [ECF No. 11].

In his Motion for Extension, Petitioner seeks an extension of time to respond to Respondent's Response [ECF No. 9] to the Court's Order to Show Cause. [*See generally* ECF No. 10]. Though Petitioner does not specify how much time he needs, he explains that he has yet to receive the Response. [*See id.* at 1]. The Court finds good cause to **GRANT** an extension and, in the abundance of caution, will direct Respondent to resend its Response and supporting documentation to Petitioner's address on file.

In his Motion to File an Amended Petition, Petitioner seeks leave to file an amended application "due to the changes that have occurred in his situation within Krome Processing Center." [ECF No. 11 at 1]. Specifically, he claims that he has "received new information pertaining to his citizenry request before the [immigration] courts." [*Id.* at 2]. But the Local Rules for the United States District Court for the Southern District of Florida provide that "[a] party who moves to amend a pleading *shall attach the original of the amendment* to the motion," which Petitioner has not done. S.D.

FLA. LOC. R. 15.1 (emphasis added); [*see generally* ECF No. 11]. The Court therefore **DENIES without prejudice** Petitioner's request for leave to amend his petition.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Petitioner Gregory Welch's *pro se* Motion for Extension of Time [**ECF No. 10**] is **GRANTED**. On or before **September 12, 2025**, Respondent shall resend its Response [ECF No. 9] and all supporting exhibits and documentation to Petitioner's address on file. Petitioner shall have **fourteen (14) days** to file his Reply from the date of service of the Response, which shall be the date provided on the Response's certificate of service. **No further extensions will be granted absent extraordinary circumstances.**

2. Petitioner's Motion to File an Amended Petition [**ECF No. 11**] is **DENIED without prejudice**.

**DONE AND ORDERED** in the Southern District of Florida on September 9, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:
Gregory Welch
A-038-959-174
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
PRO SE